UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| APPALACHIAN REGIONAL HEALTHCARE, INC., | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| U.S. NURSING CORP., | ) ) |
| Defendants. | ) ) ) |

Case No. _____

**PLAINTIFF'S MOTION TO COMPEL**

Petitioner Appalachian Regional Healthcare, Inc. ("ARH") hereby moves the Court, pursuant to Rules 37 and 45, Fed. R. Civ. P., to compel Respondents Nautilus Insurance Company ("Nautilus") and its agent, John Henry ("Henry"), to produce certain documents requested by its November 28, 2016 Subpoenas to Nautilus and to Henry. ARH is the plaintiff in a lawsuit pending in the United States District Court for the Eastern District of Kentucky, *Appalachian Regional Healthcare, Inc. v. U.S. Nursing Corporation*, Case No. 7:14-cv-122-ART-EBA ("the Kentucky indemnity action"). The subpoenas it seeks to enforce in this miscellaneous action were issued in the Kentucky indemnity action and duly served upon APPAa;;Nautilus and Henry, who are third-parties to the action and who reside in this district.[1]

Copies of these Subpoenas are attached as Exhibits A and B to this Motion. A copy of Nautilus' December 12, 2016 Objections, by which Nautilus objected to each and every one of ARH's eight requests and refused to produce even a single document, is attached as Exhibit C. A copy of Henry's December 14, 2016 Objections, in which Henry objected to each and every

---

[1] The parties have agreed that the subpoena requesting documents from Nautilus is properly directed to Nautilus through its agent, John Henry, at Berkley Select. Both Henry and Berkley Select are located in this District.

one of ARH's three Requests and refused to produce even a single document, is attached as Exhibit D. A copy of ARH's December 14, 2016 "meet and confer" letter, by which ARH proposed to substantially narrow its original requests to Nautilus, is attached as Exhibit E. A copy of ARH's December 16, 2016 "meet and confer" correspondence, by which ARH proposed to substantially narrow its original requests to Henry, is attached as Exhibit F.

To date, Nautilus and Henry remain unwilling to produce any documents. For the reasons set forth in ARH's Memorandum of Law, filed contemporaneously herewith, Nautilus' and Henry's objections to ARH's requests, as modified, should be overruled, and Nautilus and Henry should be ordered to produce the documents sought by those modified requests.

**Dated:** December 21, 2016

        Respectfully submitted,

        /s/ Timothy J. Patenode
            *One of Plaintiff's Attorneys*

        Barry D. Hunter (*Pro Hac Vice* Application Pending)
        FROST BROWN TODD LLC
        250 West Main Street
        Suite 2800
        Lexington, KY  40507
        859-231-0000
        bhunter@fbtlaw.com
        *Counsel for Plaintiff*

        Timothy J. Patenode
        Eugene E. Endress
        Katten Muchin Rosenman LLP
        525 West Monroe Street
        Chicago, IL 60661
        312-902-5200
        timothy.patenode@kattenlaw.com
        eugene.endress@kattenlaw.com
        *Designated Local Counsel for Plaintiff*

## **LOCAL RULE 37.2 STATEMENT**

      I, counsel for the Plaintiff, Appalachian Regional Healthcare, Inc., have consulted with counsel for Nautilus Insurance Company ("Nautilus") and John Henry ("Henry"), in a good faith attempt to resolve the disputes raised in this motion and supporting memorandum, but have not been able to reach an accord. Specifically, I transmitted to counsel for Nautilus and Henry the December 14, 2016 letter attached to this Motion as Exhibit E, and the December 16, 2016 email attached to this Motion as Exhibit F. Additionally, on December 20, 2016, at approximately 11:45 a.m. CST, I consulted with Rich Hoffman of Duane Morris LLP, counsel for Nautilus and Henry, by telephone to confer regarding the matters raised in this motion and supporting memorandum. Again, we could not reach an accord.

                                                /s/ Barry D. Hunter
                                                *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that I caused a true and accurate copy of the foregoing PLAINTIFF'S MOTION TO COMPEL, and any attachments and exhibits thereto, to be served upon the parties listed below by transmitting such documents to the Federal Express delivery service before the hour of 8:30 p.m. on this 21st day of December, 2016, for priority overnight delivery, and via email transmission to the email addresses set out below:

Richard D. Hoffman
Duane Morris LLP
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA 94105-1127
Email: rhoffman@duanemorris.com
*Counsel for Nautilus Insurance Co. and John Henry*

Byron N. Miller
Thompson Miller & Simpson
734 West Main Street, Suite 400
Louisville, KY 40202
Email: bmiller@tmslawplc.com
*Counsel for U.S. Nursing Corp.*

/s/ Timothy J. Patenode
*Attorney for Plaintiff*